UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Nancy Farrell and Mumtaz Yuksel, individually and on behalf of all others similarly situated,

      Plaintiff,

-against-

Encore Receivable Management, Inc.,

      Defendant.

Docket No: 2:17-cv-00757-LDW-ARL

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: July 27, 2017

| **CROWE & DUNLEVY** | **BARSHAY SANDERS, PLLC** |
|---|---|
| By: /s Peter Cipparulo | By: /s Craig B. Sanders |
| Peter Cipparulo, Esq. | Craig B. Sanders |
| Braniff Building | 100 Garden City Plaza, Suite 500 |
| Oklahoma City, Oklahoma 73102 | Garden City, New York 11530 |
| Tel: (405) 235-7738 | Tel. (516) 203-7600 |
| *Attorneys for Defendant* | Email: *ConsumerRights@BarshaySanders.com* |
| | Our File No: 111675 |
| | *Attorneys for Plaintiff* |