**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 31 2017 ★

LONG ISLAND OFFICE

Nancy Farrell and Mumtaz Yuksel, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

Encore Receivable Management, Inc.,

Defendant.

Docket No: 2:17-cv-00757-LDW-ARL

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: July 27, 2017

**CROWE & DUNLEVY**

By: /s Peter Cipparulo
Peter Cipparulo, Esq.
Braniff Building
Oklahoma City, Oklahoma 73102
Tel: (405) 235-7738
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By: /s Craig B. Sanders
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 111675
*Attorneys for Plaintiff*

SO ORDERED
s/ LEONARD D. WEXLER, USDJ

U.S.D.J.
CENTRAL ISLIP, NY
7/31/17